United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUSEYIN TOKCAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-cv-04862 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Defendants' Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiffs' Complaint is granted. (Docket Entry No. 8). Defendants have until October 26, 2026, to file an answer to Plaintiffs' Complaint.

Signed on September 1, 2026, at Houston, Texas.

Lee H. Rosenthal
The Honorable Lee H. Rosenthal
Senior United States District Judge