United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HUSEYIN TOKCAN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-4862 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER OF DISMISSAL**

On the notice of the plaintiff under Federal Rule of Civil Procedure 41(a)(1), all claims asserted against the defendants in this case are voluntarily dismissed without prejudice. (Docket Entry No. 11). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on November 17, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge